# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL NELSON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-90 |
| v. | * | |
| WARDEN JEFFRY FIKES, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Christopher Nelson ("Nelson") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DENIES as moot** Respondent's Motion to Dismiss, **DENIES as moot** Nelson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Nelson *in forma*

*pauperis* status on appeal.

**SO ORDERED**, this ___9___ day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2