AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER MICHAEL NELSON,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 2:22-cv-090

WARDEN JEFFRY FIKES,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 9, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is denied, and Respondent's motion to dismiss is denied as moot. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA



05/09/2023
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020